UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRY GARCIA and CASSANDRA
DRAKE, individually and as natural
guardians of AG,

    Plaintiffs,

v.                                         Case No: 2:16-cv-168-FtM-38MRM

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER**

This case is set for a bench trial in the September 2017 trial term. No dispositive motions have been filed, and the time to do so has expired. A settlement conference with the non-assigned United States Magistrate Judge, therefore, may be beneficial in resolving this case before trial.

Accordingly, it is now

**ORDERED:**

(1) This case is **REFERRED** to the United States Magistrate Judge Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter.

(2) All named parties must attend the settlement conference as directed by Judge Mirando.

(3) Plaintiffs and Defendant are **DIRECTED** to contact Judge Mirando's Courtroom Deputy, Wendy Winkel, at 239-461-2008 to arrange for a mutually agreeable time to participate in the settlement conference

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: The Honorable Carol Mirando
All Parties of Record