UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRY GARCIA and CASSANDRA
DRAKE, individually and as natural
guardians of AG

       Plaintiffs,

v.                                                  Case No: 2:16-cv-168-FtM-38MRM

UNITED STATES OF AMERICA,

       Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 55). Judge McCoy recommends granting the Amended Unopposed Motion for Approval of Minor's Settlement (Doc. 54) and denying as moot the original Unopposed Motions (Doc. 48; Doc. 50). No party objects to the Report and Recommendation, and the time to do so has expired. This matter is ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* "The judge may

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 55) is **ACCEPTED and ADOPTED** and the findings incorporated in this Order.

(2) The Unopposed Motion for Approval of Minor's Settlement (Doc. 48 (sealed); Doc. 50 (redacted)) is **DENIED as moot**.

(3) The Amended Unopposed Motion for Approval of Minor's Settlement (Doc. 54) is **GRANTED**.

(4) The Stipulation for Compromise Settlement and Release (Doc. 54-1 at 1-21) and Irrevocable Reversionary Inter Vivos Grantor Medical Care Trust for the Benefit of [A.G.] (Doc. 54-1 at 22-54) are reasonable, fair, and in the best interests of A.G., a minor.

(5) The Court will enter the parties' proposed Order Approving Settlement on Behalf of Minor under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of February 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2